```
JOHN K. VINCENT
United States Attorney
KENNETH J. MELIKIAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, Ca.  95814
Telephone: (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. S-06-277 LKK |
| ) | |
| Plaintiff, ) | |
| ) | SUMMARY ORDER |
| ) | |
| EDUARDO NUNEZ PICHARDO aka ) | |
| EDDIE NUNEZ, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

    This case came before the court for a status conference on July 18, 2006. Plaintiff United States of America was represented by Assistant U.S. Attorney Kenneth J. Melikian. The defendant appeared, as did Attorney Preciliano Martinez who requested to substitute in as counsel of record. The court granted the request for substitution. Attorney Edward Abramson also appeared pro hac vice.

    Immediately after the court ordered that Mr. Martinez be substituted in as counsel of record, Mr. Melikian provided Mr. Martinez with 1,030 pages of discovery. Mr. Martinez represented that he would need time to examine this discovery, and requested that the case be set for further status conference on September 6,

1  2006.  The defendant personally agreed to an exclusion of time
2  from the Speedy Trial Act through September 6, 2006.
3       ACCORDINGLY:  This matter is set for a status conference on
4  September 6, 2006.  Pursuant to the agreement of both parties,
5  time is excluded through September 6, 2006, from computation under
6  the Speedy Trial Act pursuant to local code T4 (18 U.S.C.
7  § 3161(h)(8)(B)(iv)) in order to afford the defendant reasonable
8  time to prepare his case.

10       IT IS SO ORDERED.

12  DATED: July 25, 2006                  _____
                                          LAWRENCE K. KARLTON
13                                        SENIOR JUDGE
                                          UNITED STATES DISTRICT COURT

2