BLACKMON & ASSOCIATES
CLYDE M. BLACKMON (SBN 36280)
FRED N. DAWSON, Of Counsel (SBN 43306)
JONATHAN C. TURNER (SBN 191540)
EMILY E. DORINGER (SBN 208727)
MELINDA J. NYE (SBN 237303)
Hall of Justice
813 Sixth Street, Suite 450
Sacramento, CA  95814
Telephone: (916) 441-0824

Attorneys for Defendant
EDUARDO NUNEZ PICHARDO

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 06-CR-0277 LKK |
|---|---|
| Plaintiff, | REQUEST AND ORDER TO HAVE EMILY E. DORINGER REMOVED AS COUNSEL |
| vs. | |
| EDUARDO NUNEZ PICHARDO, | |
| Defendant. | |

Emily E. Doringer, an associate with the law firm of Blackmon & Associates made a special appearance for defendant, EDUARDO PICHARDO on June 22, 2006.  Clyde M. Blackmon of Blackmon & Associates was added as counsel on June 28, 2006.  On July 19, 2006 an order was signed substituting Perciliano Martinez as counsel of record for defendant, EDUARDO PICHARDO in place of Clyde M. Blackmon.  Because Emily E. Doringer is an

///

///

- 1 -

REQUEST AND [PROPOSED] ORDER TO HAVE EMILY E. DORINGER REMOVED AS COUNSEL

1  associate with Blackmon & Associates, under the direction of
2  Clyde M. Blackmon, she hereby requests to be removed as counsel
3  for defendant, EDUARDO PICHARDO.
4  DATED:  August 21, 2006

                                    Respectfully Submitted,

                                    BLACKMON & ASSOCIATES


                                    By: _//s// EMILY E. DORINGER
                                        EMILY E. DORINGER
                                        Attorney for Defendant

                              **ORDER**

   GOOD CAUSE APPEARING that Emily E. Doringer shall be
terminated as counsel for defendant, EDUARDO PICHARDO in Case
Number 06-CR-0277.

IT IS SO ORDERED.

DATED: August 23, 2006           _____
                                 LAWRENCE K. KARLTON
                                 SENIOR JUDGE
                                 UNITED STATES DISTRICT COURT

REQUEST AND [PROPOSED] ORDER TO HAVE EMILY E. DORINGER REMOVED AS COUNSEL