```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  KENNETH J. MELIKIAN
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, Ca.  95814
 4  Telephone:  (916) 554-2700
 5
 6
 7          IN THE UNITED STATES DISTRICT COURT FOR THE
 8                 EASTERN DISTRICT OF CALIFORNIA
 9
10
11  UNITED STATES OF AMERICA,    )  CR. NO. S-06-312 LKK
                                 )
12              Plaintiff,       )
                                 )  SUMMARY ORDER
13                               )
    KULWANT SINGH GILL,          )
14                               )
                Defendant.       )
15  _____)
```

16    This case came before the court for a status conference on
17 September 6, 2006.  Plaintiff United States of America was
18 represented by Assistant U.S. Attorney Kenneth J. Melikian.  The
19 defendant appeared out of custody, and was represented by Attorney
20 R. Robert Monterrosa.

21    The parties informed the court that the government was still
22 in the process of providing various documents to the defendant,
23 and therefore requested that a status conference be calendared for
24 September 19, 2006.  Defense counsel agreed to an exclusion of
25 time from the Speedy Trial Act through September 19th, and the
26 defendant personally agreed to an exclusion of time through that
27 date.
28 ///

1

1  ACCORDINGLY:  This matter is set for a status conference on
2  September 19, 2006.  Pursuant to the agreement of both parties,
3  time is excluded through September 19, 2006, from computation
4  under the Speedy Trial Act pursuant to local code T4 (18 U.S.C.
5  § 3161(h)(8)(B)(iv)) in order to afford the defendant reasonable
6  time to prepare his case.

8  IT IS SO ORDERED.

10 DATED: September 14, 2006

   LAWRENCE K. KARLTON
   SENIOR JUDGE
   UNITED STATES DISTRICT COURT