```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  KENNETH J. MELIKIAN
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, Ca.  95814
 4  Telephone:  (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. S-06-277 LKK |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION; ORDER |
| ) | |
| EDUARDO NUNEZ PICHARDO, aka ) | |
| EDDIE NUNEZ, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

Defendant Eduardo Nunez Pichardo, through Edward Abramson, Attorney At Law, and the United States of America, through Assistant U.S. Attorney Kenneth J. Melikian, agree to vacate the status conference scheduled for October 3, 2006. The parties further stipulate that a status conference be placed on the court's October 24, 2006, calendar.

Due to his observance of Yom Kippur on October 2nd, defense counsel will not be able to arrive in Sacramento from Florida in time for the October 3rd status conference. Additionally, as the discovery in this case is voluminous, and as more discovery will be provided to defense counsel soon, the parties agree that a three week continuance will be needed to allow defense counsel

1

sufficient time to examine all of the discovery before the status conference.

The parties further agree that time should be excluded through October 24, 2006, from computation under the Speedy Trial Act pursuant to local code T4 (18 U.S.C. § 3161(h)(8)(B)(iv)) in order to afford the defendant reasonable time to prepare his case.

DATED: September 27, 2006         Respectfully submitted,
                                  McGREGOR W. SCOTT
                                  United States Attorney


                            By: /s/ Kenneth J. Melikian
                                  KENNETH J. MELIKIAN
                                  Assistant U.S. Attorney


DATED: September 27, 2006         /s/ Kenneth J. Melikian
                                  EDWARD ABRAMSON
                                  Attorney for Defendant
                                  (Signed by Kenneth J. Melikian
                                  per telephonic authorization)


   IT IS SO ORDERED.

DATED: September 29, 2006

                                  _____
                                  LAWRENCE K. KARLTON
                                  SENIOR JUDGE
                                  UNITED STATES DISTRICT COURT