```
McGREGOR W. SCOTT
United States Attorney
KENNETH J. MELIKIAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, Ca.  95814
Telephone:  (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. S-06-277 LKK |
| ) | |
| Plaintiff, ) | |
| ) | SUMMARY ORDER |
| ) | |
| EDUARDO NUNEZ PICHARDO aka ) | |
|   EDDIE NUNEZ, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

    This case came before the court for a status conference on November 28, 2006.  Plaintiff United States of America was represented by Assistant U.S. Attorney Kenneth J. Melikian.  The defendant appeared in custody, and was represented by Attorney Preciliano Martinez.

    At the request of both parties, the court vacated the jury trial date of January 23, 2007, as well as the trial confirmation hearing of January 3, 2007.  The parties informed the court that they were diligently negotiating a probable disposition in this case, and therefore requested that the case be calendared for a change of plea hearing on January 3, 2007.

///

1    The parties further agreed that time should be excluded
2 through January 3, 2007, from computation under the Speedy Trial
3 Act pursuant to local code T4 (18 U.S.C. § 3161(h)(8)(B)(iv)) in
4 order to afford the defendant reasonable time to prepare his case.
5    ACCORDINGLY:  This matter is set for a change of plea hearing
6 on January 3, 2007.  Pursuant to the agreement of both parties,
7 time is excluded through January 3, 2007, from computation under
8 the Speedy Trial Act pursuant to local code T4 (18 U.S.C.
9 § 3161(h)(8)(B)(iv)) in order to afford the defendant reasonable
10 time to prepare his case.
11
12    IT IS SO ORDERED.
13
14 DATED: December 21, 2006
15
16                              _____
                                LAWRENCE K. KARLTON
                                SENIOR JUDGE
17                              UNITED STATES DISTRICT COURT
18
19
20
21
22
23
24
25
26
27
28