```
McGREGOR W. SCOTT
United States Attorney
KENNETH J. MELIKIAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, Ca.  95814
Telephone:  (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. S-06-277 LKK |
| Plaintiff, ) | |
| ) | STIPULATION; ORDER |
| EDUARDO NUNEZ PICHARDO, aka ) | |
| EDDIE NUNEZ, ) | |
| Defendant. ) | |

Defendant Eduardo Nunez Pichardo, through Edward Abramson, Attorney At Law, and the United States of America, through Assistant U.S. Attorney Kenneth J. Melikian, agree to vacate the change of plea hearing scheduled for January 9, 2007. The parties further stipulate that a change of plea hearing be placed on the court's January 17, 2007, calendar.

A plea offer has been made to the defendant, and he has accepted that offer.  A plea agreement has been reduced to writing, and that agreement has been approved by the defendant. Additions still need to be made to that plea agreement, however, and that will require a few additional days to accomplish.

///

1 |     For these reasons, the parties request that a change of plea
2 | hearing in this case be scheduled for January 17, 2007.  The
3 | parties further agree that time should be excluded through
4 | January 17, 2007, from computation under the Speedy Trial Act
5 | pursuant to local code T4 (18 U.S.C. § 3161(h)(8)(B)(iv)) in order
6 | to allow defense counsel to prepare his case.
7 |     The parties further agree that time should be excluded
8 | through January 17, 2007, from computation under the Speedy Trial
9 | Act pursuant to local code T4 (18 U.S.C. § 3161(h)(8)(B)(iv)) in
10 | order to afford the defendant reasonable time to prepare his case.

11 DATED: January 4, 2007              Respectfully submitted,
                                       McGREGOR W. SCOTT
12                                     United States Attorney

13

14                                  By:/s/ Kenneth J. Melikian
                                       KENNETH J. MELIKIAN
15                                     Assistant U.S. Attorney

16

17 DATED: January 4, 2007              /s/ Kenneth J. Melikian
                                       EDWARD ABRAMSON
18                                     Attorney for Defendant
                                       (Signed by Kenneth J. Melikian
19                                     per authorization by Edward
                                       Abramson)

20

21

22

23     IT IS SO ORDERED.

24

25 DATED: January 5, 2007

26                                     LAWRENCE K. KARLTON
                                       SENIOR JUDGE
27                                     UNITED STATES DISTRICT COURT

28