```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  KENNETH J. MELIKIAN
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, Ca.  95814
 4  Telephone:  (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. S-06-277 LKK |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION; ORDER |
| ) | |
| EDUARDO NUNEZ PICHARDO, aka ) | |
|   EDDIE NUNEZ, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

Defendant Eduardo Nunez Pichardo, through Edward Abramson, Attorney At Law, and the United States of America, through Assistant U.S. Attorney Kenneth J. Melikian, agree to vacate the change of plea hearing scheduled for January 17, 2007. The parties further stipulate that a change of plea hearing be placed on the court's January 23, 2007, calendar.

A plea offer has been made to the defendant, and he has accepted that offer.  A plea agreement has been reduced to writing, and that agreement has been approved by the defendant. The parties, however, are still working out the final details of the plea agreement, and that will require a few additional days to accomplish.

1  For these reasons, the parties request that a change of plea
2  hearing in this case be scheduled for January 23, 2007.  The
3  parties further agree that time should be excluded through
4  January 23, 2007, from computation under the Speedy Trial Act
5  pursuant to local code T4 (18 U.S.C. § 3161(h)(8)(B)(iv)) in order
6  to allow defense counsel to prepare his case.
7  The parties further agree that time should be excluded
8  through January 23, 2007, from computation under the Speedy Trial
9  Act pursuant to local code T4 (18 U.S.C. § 3161(h)(8)(B)(iv)) in
10 order to afford the defendant reasonable time to prepare his case.

11 DATED: January 12, 2007            Respectfully submitted,
                                      McGREGOR W. SCOTT
12                                    United States Attorney

13

14                               By:/s/ Kenneth J. Melikian
                                    KENNETH J. MELIKIAN
15                                  Assistant U.S. Attorney

16

17 DATED: January 12, 2007            /s/ Kenneth J. Melikian
                                      EDWARD ABRAMSON
18                                    Attorney for Defendant
                                      (Signed by Kenneth J. Melikian
19                                    per authorization by Edward
                                      Abramson)

20

21

22

23     IT IS SO ORDERED.

24

25 DATED: January 16, 2007
                                      _____
26                                    LAWRENCE K. KARLTON
                                      SENIOR JUDGE
27                                    UNITED STATES DISTRICT COURT

28