McGREGOR W. SCOTT
United States Attorney
KENNETH J. MELIKIAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR NO. S-06-277 LKK |
| | ) | |
| Plaintiff, | ) | APPLICATION AND ORDER FOR |
| | ) | MONEY JUDGMENT |
| v. | ) | |
| | ) | |
| EDUARDO NUNEZ PICHARDO, aka | ) | |
| EDDIE NUNEZ, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

On January 23, 2007, defendant Eduardo Nunez Pichardo entered a guilty plea to Counts One, Two, and Three of the Superseding Indictment, which charges him with conspiracy to distribute cocaine and methamphetamine, in violation of 21 U.S.C. §§ 846 and 841(a)(1); laundering of monetary instruments, in violation of 18 U.S.C. § 1956(a)(1)(B)(i); and structuring transactions to evade reporting requirements, in violation of 31 U.S.C. § 5324(a)(3), among other charges.

As part of his plea agreement with the United States, defendant Pichardo agreed to forfeit voluntarily and immediately $500,000, as a personal money judgment pursuant to Fed. R. Crim. P. 32.2(b)(1), which reflects a reasonable compromise between the parties for

forfeiture purposes concerning the proceeds the defendant obtained directly or indirectly, as a result of a violation of 21 U.S.C. §§ 846 and 841(a)(1), to which he has pled guilty to.  <u>See</u> Defendant Pichardo's Plea Agreement ¶ III.D.  Plaintiff hereby applies for entry of a money judgment as follows:

    1.  Pursuant to 21 U.S.C. § 853(a) and Fed. R. Crim. P. 32.2(b)(1), the Court shall impose a personal forfeiture money judgment against defendant Eduardo Nunez Pichardo in the amount of $500,000.

    2.  That the above-referenced personal forfeiture money judgment is imposed based on defendant Eduardo Nunez Pichardo's conviction for violating 21 U.S.C. §§ 846 and 841(a)(1)(Count One). Said amount reflects a reasonable compromise between the parties for forfeiture purposes concerning the proceeds the defendant obtained, which the defendant agreed is subject to forfeiture based on the offense of conviction.  Any funds applied towards such judgment shall be forfeited to the United States of America and disposed of as provided for by law.

    3.  The government received a check in the amount of $200,000 from defendant Pichardo on January 23, 2007, as payment towards the $500,000 personal money judgment.  The remaining $300,000 of the $500,000 personal money judgment shall be paid in full by March 23, 2007, which is sixty (60) days from the date of signing the plea agreement.  Payment should be made in the form of a cashier's check made payable to the U.S. Marshals Service and sent to the U.S. Attorney's Office, Att: Asset Forfeiture Unit, 501 I Street, Suite 10-100, Sacramento, CA 95814.  Prior to the imposition of sentence, any funds delivered to the United States to satisfy the personal

1  money judgment shall be seized and held by the United States
2  Marshals Service, in its secure custody and control.
3  DATED: 2/05/07                    McGREGOR W. SCOTT
                                     United States Attorney
4
5                                    /s/ Kenneth J. Melikian
                                     KENNETH J. MELIKIAN
6                                    Assistant U.S. Attorney
7
8
9                          **O R D E R**
10     For good cause shown, the Court hereby imposes a personal
11 forfeiture money judgment against defendant Eduardo Nunez Pichardo
12 in the amount of $500,000.00.  The remaining $300,000 of the
13 $500,000 personal money judgment shall be paid in full by March 23,
14 2007.  Any funds applied towards such judgment shall be forfeited to
15 the United States of America and disposed of as provided for by law.
16 Prior to the imposition of sentence, any funds delivered to the
17 United States to satisfy the personal money judgment shall be seized
18 and held by the United States Marshals Service, in its secure
19 custody and control.
20     IT IS SO ORDERED.
21 DATED: February 7, 2007

                                     _____
                                     LAWRENCE K. KARLTON
                                     SENIOR JUDGE
                                     UNITED STATES DISTRICT COURT

3