UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

                                    NO. CR. S-06-277 LKK

         Plaintiff,

    v.                                  O R D E R

EDUARDO NUNEZ PICHARDO,
aka EDDIE NUNEZ,

         Defendant.
_____/

     The court is in receipt of defendant's motion to modify conditions of release, filed August 3, 2007.

     The motion is DENIED.

     IT IS SO ORDERED.

     DATED: August 6, 2007.

                              LAWRENCE K. KARLTON
                              SENIOR JUDGE
                              UNITED STATES DISTRICT COURT

1