PHILLIP A. TALBERT
United States Attorney
RICHARD J. BENDER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:06-CR-0277 KJM |
|---|---|
| Plaintiff, | GOVERNMENT'S RESPONSE TO DEFENDNAT'S MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE |
| v. | |
| EDUARDO NUNEZ PICHARDO, | |
| Defendants. | |

The government has reviewed the defendant's original Presentence Report, as well as various documents provided by the Probation Department in reference to the defendant's current employment. Based upon that review, the government has no objection to the request for early termination of the defendant's TSR.

Dated: March 31, 2017                     PHILLIP A. TALBERT
                                          United States Attorney

                                    By:   /s/ RICHARD J. BENDER
                                          RICHARD J. BENDER
                                          Assistant United States Attorney

GOVERNMENT'S RESPONSE TO MOTION FOR EARLY
TERMINATION OF SUPERVISED RELEASE                                1